UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 23-CR-436 |
| LEONARD LOBIANCO, | : | |
| Defendant. | : | |

## ORDER

Pursuant to the motion filed by the United States, ECF No. 59, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this __21st__ day of __Jan__, 2025.

_____
HONORABLE ROYCE C. LAMBERTH
United States District Court Judge