IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America<br>    Complainant<br><br>    v.<br><br>Tom Vournas<br>    Defendant | Case No. 1:23-CR-00436-RCL<br><br>The Honorable Royce C. Lamberth |

### ORDER

AS IT APPEARS that Mr. Vournas is currently being held at the DC Jail while awaiting sentencing, and

The President of the United States has expressly ordered the Attorney General to immediately dismiss his case with prejudice immediately, Defense Counsel's Motion to Dismiss is ~~GRANTED~~ MOOT as the Court already granted the motion to dismiss by the government. And it is hereby

It is further ORDERED that the case is dismissed with prejudice, thus vacating the sentencing hearing scheduled for January 27, 2025, and the Marshal is hereby

ORDERED to ensure that he is released from the DC Jail immediately.

ENTERED this 21st day of January, 2025

_Royce C. Lamberth_
The Honorable Royce C. Lamberth
United States District Court Judge